USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOUGLAS McCALLUM,  :
: 22-CV-81 (PAE) (RWL)
Plaintiff, :
:
- against - : **ORDER**
:
NEW YORK CITY POLICE DEPARTMENT, :
:
Defendant. :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Clerk of Court is respectfully directed to mail a notice of change of address form to pro se Plaintiff's correct address (noted below) and to have copies of the returned orders and information package mailed to the new address as well.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 23, 2022
        New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket:

Douglas McCallum
60 Clark Lane
Apt. B
Staten Island, NY 10304

1