```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOUGLAS McCALLUM,                              :
                                               :          22-CV-81 (PAE) (RWL)
                          Plaintiff,           :
                                               :
            - against -                        :          **ORDER**
                                               :
NEW YORK CITY POLICE DEPARTMENT,               :
                                               :
                          Defendant.           :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        Defendants have not indicated whether they received the requisite release from

Plaintiff.  Accordingly, by **October 12, 2022**, Defendants shall file a status report and,

after meeting and conferring with Plaintiff (but no later than October 12, 2022), a proposed

schedule for completion of the case.


                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: October 3, 2022
          New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully
requested to mail a copy of this order to the pro se Plaintiff and note service on the
docket:

Douglas McCallum
60 Clark Lane
Apt. B
Staten Island, NY 10304