```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOUGLAS McCALLUM,                                           :
                                                            :       22-CV-81 (PAE) (RWL)
                                Plaintiff,                  :
                                                            :
        - against -                                         :       **ORDER OF SERVICE**
                                                            :
NEW YORK CITY POLICE DEPARTMENT,                            :
                                                            :
                                Defendant.                  :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A service order previously issued on November 8, 2022 to assist Plaintiff in effecting service on Defendant Alberto Gonzalez. (Dkt. 34.) The U.S. Marshals Service attempted service on January 12, 2023, but service was not effected because Defendant Gonzalez did not work at the address identified in the order. (Dkt. 40.) Defense counsel has since provided a new address for Gonzalez.

Accordingly, to allow Plaintiff, proceeding pro se, to effect service on Defendant Gonzalez through the U.S. Marshals Service, the Clerk of Court is instructed to complete a new U.S. Marshals Service Process receipt and Return Form (USM-285 form) for Defendant Gonzalez at the following address:

> Lieutenant Alberto Gonzalez
> One Police Plaza
> Room 110A
> New York, NY 10038

The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon those Defendants.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the

1

date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).  Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 6, 2023
      New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket:

Douglas McCallum
60 Clark Avenue
Apt. B
Staten Island, NY 10430