USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DOUGLAS McCALLUM,

                        Plaintiff,

        - against -

THE CITY OF NEW YORK et al,

                      Defendants.
-------------------------------------------------------------X

22-CV-81 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    By June 5, 2023, the parties shall file a joint status update.

    SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 24, 2023
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket:

Douglas McCallum
60 Clark Lane
Apt. B
Staten Island, NY 10430