```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOUGLAS McCALLUM,                                           :
                                                            :      22-CV-81 (PAE) (RWL)
                                 Plaintiff,                 :
                                                            :
                - against -                                 :      ORDER
                                                            :
THE CITY OF NEW YORK et al,                                 :
                                                            :
                                 Defendants.                :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2023

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On June 5, 2023, defense counsel filed a status report at Dkt. 55 identifying certain officers pursuant to the Court's Valentin order, and proposing a schedule for completion of discovery. Accordingly:

1. The Clerk of Court is respectfully instructed to direct the U.S. Marshal to re-serve defendant Alberto Gonzalez at the address provided in the status report; namely, One Police Plaza, 12th Floor, New York, NY 10038.

2. Defense counsel and limited pro bono counsel shall meet and confer and by June 13, 2023 file a letter indicating whether the parties agree on the proposed schedule.

3. To the extent Plaintiff seeks to name as defendant any individual officer identified by defense counsel in the status report at Dkt. 55, Plaintiff shall file – by July 6, 2023 – an amended complaint substituting the named officer(s) for John Doe defendants, and shall proceed with serving any such individual defendant no later than August 7, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 6, 2023
       New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket:

Douglas McCallum
60 Clark Lane
Apt. B
Staten Island, NY 10430