```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DOUGLAS McCALLUM,

                        Plaintiff,

        - against -

NEW YORK CITY POLICE DEPARTMENT,

                       Defendant.
-------------------------------------------------------------X

22-CV-81 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The last mailing to Plaintiff from the Court was returned as undeliverable at his address of record. Plaintiff, however, previously consented to receive service by electronic means through Pacer. (Dkt. 31.) Accordingly, the hard-copy mailing need not be resent. By August 31, 2023, however, Plaintiff, either directly or through his pro bono counsel who have appeared for limited purposes, shall file a letter providing his updated current address.

                                     SO ORDERED.

                                       _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

Dated: August 25, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1