```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DOUGLAS McCALLUM,

                                     Plaintiff,

            - against -

NEW YORK CITY POLICE DEPARTMENT,

                                  Defendant.
-------------------------------------------------------------X

22-CV-81 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Clerk of Court is respectfully requested to update pro se Plaintiff's address to 131-61 226 Street, Laurelton, NY 11413, which is the address that Plaintiff identifies in his Second Amended Complaint (Dkt. 63) on page 9. The Clerk of Court is also requested to mail any docket entry returned to sender from previous address.

                                                        SO ORDERED.

                                                        _____
                                                        ROBERT W. LEHRBURGER
                                                        UNITED STATES MAGISTRATE JUDGE

Dated: August 25, 2023
          New York, New York

Copies transmitted this date to all counsel of record.

1