USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DOUGLAS McCALLUM,                              :
                                               :                22-CV-81 (PAE) (RWL)
                              Plaintiff,        :
                                               :
              - against -                       :                **ORDER**
                                               :
NEW YORK CITY POLICE DEPARTMENT,                :
                                               :
                              Defendant.        :
----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Based on the information provided by Plaintiff's counsel at Dkt. 70, the Clerk of

Court is respectfully directed that any future mailings to Plaintiff should be sent to the

following address:  985 Bruckner Blvd., Apt. 5E, Bronx, NY 10459.  The Clerk of Court

also is respectfully directed to mail to Plaintiff at this address any mailings previously

returned to sender as undeliverable.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: September 8, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1