```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DOUGLAS McCALLUM,

                          Plaintiff,

          - against -

NEW YORK CITY POLICE DEPARTMENT,

                         Defendant.
-------------------------------------------------------------X

22-CV-81 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       Plaintiff has filed a letter dated October 20, 2023 at Dkt. 82 requesting an extension of discovery and for requests to admit. By October 31, Plaintiff's counsel shall meet and confer with Defense counsel about the subject of the letter and, by November 3, 2023, the parties shall file a joint letter concerning relief requested.

       The Clerk of Court is respectfully directed to (1) update Plaintiff's address on the docket as indicated in Dkt. 82, and (2) mail a copy of this order to Plaintiff at that address.

                                       SO ORDERED.

                                       _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

Dated: October 24, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1